## Commonwealth ex rel. Fritz, Appellant, *v.* Doe, et ux., et al.

Argued March 17, 1976. *Stephen D. Tompkins*, for appellant; *Richard C. Snelbaker* and *Peter R. Andrews*, with them *Martson and Snelbaker*, and *Laucks & Monroe*, for appellees.

Order affirmed.

## Commonwealth ex rel. Hume *v.* Hume, Appellant.

Argued March 8, 1976. *Jerold S. Berschler*, with him *Jack A. Rounick*, and *Pechner, Dorfman, Wolffe & Rounick*, for appellant; *Bruce E. Cooper*, with him *Charles F. Friedman*, and *Cooper, Friedman & Butler*, for appellee.

Order affirmed.